LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

JARED R. KELTNER,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

No. SACV 21-00837 DFM

**ORDER AWARDING EAJA FEES**

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND SIX HUNDRED 00/100 ($5,600.00) subject to the terms of the stipulation.

DATE: September 20, 2022

                         HON. DOUGLAS F. McCORMICK,
                         UNITED STATES MAGISTRATE JUDGE